390 A.2d 288

Bowie, Appeal of.

 Argued March 23, 1978. Richard D. Balnave, with him James D. Morris, for appellant; Stephen A. Teller, Solicitor, for appellee, Child Welfare Services.

Order affirmed.

SPAETH, J., did not participate in the consideration or decision of this case.